IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRITON CONTAINER INTERNATIONAL LIMITED,<br><br>  Plaintiff,<br><br>  v.<br><br>DI GREGORIO NAVEGACAO LTDA., et al.,<br><br>  Defendants.<br>_____/ | No. C-99-1291 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT PROPOSED FORM OF INJUNCTION** |

In light of the Ninth Circuit's opinion in the above-titled action, filed March 15, 2006, and the mandate filed April 17, 2006, plaintiff is hereby directed to submit, forthwith, a proposed form of injunction consistent with the Ninth Circuit's ruling.

**IT IS SO ORDERED.**

Dated: April 21, 2006

MAXINE M. CHESNEY
United States District Judge