IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRITON CONTAINER INTERNATIONAL LIMITED,<br><br>            Plaintiff,<br><br>   v.<br><br>DI GREGORIO NAVEGACAO LTDA., et al.,<br><br>            Defendants.<br>_____/ | No. C-99-1291 MMC<br><br>**ORDER RE: PLAINTIFF'S PROPOSED FORM OF INJUNCTION** |

On April 21, 2006, the Court ordered plaintiff to submit a proposed form of injunction consistent with the Ninth Circuit's ruling, filed March 15, 2006, and mandate, filed April 17, 2006. Later that day, the Court received plaintiff's proposed Order Instructing Defendants to File Petition in Brazilian Court. The English translation of the subject petition provides that Di Gregorio Navegacao Ltda. "shall bear any and all expenses related to [the Brazilian] action, including those incurred by Triton Container International Limited, as well as attorney's fees to be determined by [the Brazilian court] according to Article 20, fourth paragraph, of the Brazilian Civil Procedure Code." (See Donovan Decl. Ex. B.) The Ninth Circuit's decision is silent with respect to plaintiff's entitlement to fees and costs in the Brazilian action, however, and, other than the above-referenced citation, plaintiff has submitted no authority that it is entitled to such fees and costs.

Accordingly, it is hereby ordered that plaintiff, no later than May 5, 2006, shall submit either (1) a revised proposed form of order deleting the provision for fees and costs; or (2) a supplemental memorandum, with citations to relevant authority, demonstrating that it is entitled to an order from this Court requiring defendants to pay the fees and costs plaintiff incurred in the Brazilian action.

**IT IS SO ORDERED.**

Dated: April 25, 2006

MAXINE M. CHESNEY
United States District Judge